# USB Devices and Jump Lists
## (HP laptop)

| USB Devices | | | | | |
|---|---|---|---|---|---|
| Device Class ID | Serial Number | Friendly Name | Associated User Accounts | Last Assigned Drive Letter | Last Insertion Date/Time - UTC-06:00 |
| Disk&Ven_PNY&Prod_USB_2.0_FD&Rev_1100 | ADB8HE02000000048&0 | PNY USB 2.0 FD USB Device | Apartment, monahan | F: | 5/28/2020 11:20:05 AM |
| VID_04E8&PID_6860&Modem | 7&1200a1f5&0&0001 | SAMSUNG Mobile USB Modem | | | 6/4/2020 9:59:33 PM |
| VID_04E8&PID_6860&MS_COMP_MTP&SAMSUNG_Android | 7&1200a1f5&0&0000 | Galaxy Note8 | | | 6/4/2020 9:59:28 PM |

GOVERNMENT EXHIBIT
15
4:20-cr-00207

| Jump Lists | | | | | | |
|---|---|---|---|---|---|---|
| **App ID** | **Potential App Name** | **Linked Path** | **Volume Name** | **Volume Serial Number** | **Target File Created Date/Time - UTC-06:00** | **Drive Type** |
| f01b4d95cf55d32a | Windows Explorer (Win8.1/10) | F:\ls | 64gb | AE8A4DBC | 5/28/2020 5:49:52 AM | DRIVE_REMOVABLE |
| f01b4d95cf55d32a | Windows Explorer (Win8.1/10) | F:\ls\LS-torrents (all 11 torrents here)\Showgirls-12-13; Oriental-18; Girls-5,22,43; Tou-19b [7 LS sets] | 64gb | AE8A4DBC | 5/28/2020 5:42:47 AM | DRIVE_REMOVABLE |
| f01b4d95cf55d32a | Windows Explorer (Win8.1/10) | F:\ls\LS Touch 002b | 64gb | AE8A4DBC | 5/5/2020 1:26:47 AM | DRIVE_REMOVABLE |